IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SHAWN BURTON                                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:05cv288-HTW-JCS

CITY OF RIDGELAND, et al.                                                              DEFENDANT

## ORDER OF DISMISSAL

This cause is before the court on Plaintiff's motion to voluntarily dismiss. The court concludes that the motion should be granted.

Accordingly, this matter is hereby dismissed without prejudice.

SO ORDERED this the 15th day of December, 2005.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE