IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SHAWN BURTON                                                                        PLAINTIFF

VS.                                                     CIVIL ACTION NO. 3:05cv288-JCS

CITY OF RIDGELAND, et al.                                         DEFENDANTS

## ORDER OF DISMISSAL

On November 10, 2009, this court entered an order revoking Plaintiff's *in forma pauperis* status in this case and requiring him to pay the filing fee within thirty days. Plaintiff has failed to make the required payment. Accordingly, this matter is hereby dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED this the 14th day of December, 2009.

                                             /s/ James C. Sumner
                                             UNITED STATES MAGISTRATE JUDGE